**Patrick Lewis RUDD, Petitioner—Appellant,**

v.

**Stephen M. DEWALT, Warden, Federal Prison Camp; Federal Bureau of Prisons; United States of America, Respondents—Appellees.**

No. 04–7396.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2005.

Decided Feb. 14, 2005.

Patrick Lewis Rudd, Appellant pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Patrick Lewis Rudd appeals the district court's judgment and orders denying his 28 U.S.C. § 2241 (2000) petition and his motion for reconsideration. We have reviewed the record and the district court orders and affirm for the reasoning of the district court. *See Rudd v. DeWalt,* No. CA–03–713–5–BO (July 21, 2004 & filed Sept. 17, 2004 & entered Sept. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*